# Court of Appeals
# of the State of Georgia

ATLANTA,__July 29, 2024_____

*The Court of Appeals hereby passes the following order:*

**A24A1828. JASMINE RENEE ANDREWS v. REGIONS BANK et al.**

On November 27, 2023, this Court granted Jasmine Renee Andrews's application for discretionary appeal from the trial court's order dismissing her claims against Regions Bank and others based on a promissory note she executed with the bank, and granting summary judgment to the bank on its counterclaim. See Case No. A24D0133. Our order granting the application notified Andrews that she had ten days to file a notice of appeal. See OCGA § 5-6-35 (g). However, Andrews filed a notice of appeal on January 9, 2024, 43 days later. Regions Bank has filed a motion to dismiss the appeal, arguing that we lack jurisdiction because the appeal is untimely. We agree.

"The proper and timely filing of the notice of appeal is an absolute requirement to confer appellate jurisdiction upon this court." *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Because Andrews failed to file her notice of appeal within ten days of our order granting her application, the appeal is untimely. See *Barnes v. Justis*, 223 Ga. App. 671, 671-672 (478 SE2d 402) (1996). Thus, the bank's motion to dismiss is GRANTED and this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__07/29/2024_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.